UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MOLINA,<br>　　　　Plaintiff,<br>　　v.<br>RALPH DIAZ, et al.,<br>　　　　Defendants. | Case No. 19-cv-08333-EMC<br><br>**ORDER OF TRANSFER**<br>Docket No. 1 |

Plaintiff, an inmate at Ironwood State Prison in Blythe, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that prison. Blythe is in Riverside County, within the venue of the Central District of California. All but one of the defendants work at the prison in Blythe and apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Central District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: March 11, 2020

_____
EDWARD M. CHEN
United States District Judge